NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONNIE RAY RAMIREZ,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2026-1251

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-1970, Judge Margaret C. Bartley.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(d) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 25, 2026
Date

Jarrett B. Perlow
Clerk of Court